# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 24, 2012

Lyle W. Cayce
Clerk

No. 10-20844
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ROLONDO HOMERO MENENDEZ AREVALO, also known as Rolando Homero
Menendez, also known as Anjelino Vasquez, also known as Rolondo Homero
Menendez-Arevalo, also known as Rolondo Homero Menedez Arevalo, also
known as Rolando Homero Menendez-Arevalo, also known as Angel Vasquez,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas, Houston Division
USDC No. 10-cr-00410

Before BENAVIDES, STEWART, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Rolondo Homero Menendez Arevalo

has moved for leave to withdraw and has filed a brief in accordance with *Anders*

*v. California*, 386 U.S. 738 (1967). Menendez did not file a response. Our

independent review of the record and counsel's brief discloses no nonfrivolous

issue for appeal. Accordingly, counsel's motion for leave to withdraw is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 08-41325

GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.